IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-08-3564 |
| § | |
| SAUL FLORES VIVAR, et al., § | |
| § | |
| Defendants. § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

**DEADLINES**

1. _August 7, 2009_   MOTIONS TO AMEND THE PLEADINGS

2. _August 7, 2009_   MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _N/A_   MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. _August 21, 2009_   Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. _Sept. 25, 2009_   Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. __Oct. 30, 2009__   COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. __None__   LIMITS ON DISCOVERY

8. __August 14, 2009__   DISPOSITIVE MOTIONS

9. __Oct. 23, 2009__   ALL OTHER PRETRIAL MOTIONS

10. __Nov. 6, 2009__   JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE  Plaintiff is responsible for timely filing the complete joint pretrial order.  The court will not accept sepa-rate versions of the pretrial order.

11. __Nov. 13, 2009__
    4:00 PM
    DOCKET CALL  No instrument filed within 7 days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

__June 5, 2009__
DATE

SIM LAKE
UNITED STATES DISTRICT JUDGE