UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **June 28, 2008
Diaz/Pacquaio** Program,
                     Plaintiff,

- against -

SAUL FLORES VIVAR, Individually and d/b/a
SELINA GAMEROOM & BILLIARDS a/k/a
SELINA BALLROOM & BILLIARDS a/k/a
SELINA BALLROOM a/k/a SELINA BALL
ROOM, and SELINA GAMEROOM & BILLIARDS
a/k/a SELINA BALLROOM & BILLIARDS a/k/a
SELINA BALLROOM a/k/a SELINA BALL
ROOM,
                     Defendants.

**ORDER FOR EXTENSION OF
DISPOSITIVE MOTION DEADLINE**
Civil Action No. 4:08-CV-3564-SL
HON. SIM LAKE

---

Considering the unopposed request of the Plaintiff for an extension of the August 14, 2009 deadline for dispositive motions to be filed in this matter, until November 30, 2009, thirty (30) days after the close of discovery on October 30, 2009, and good cause having been shown, it is hereby:

ORDERED, that the August 14, 2009 deadline for the filing of dispositive motions is extended until November 30, 2009, thirty (30) days after the close of discovery on October 30, 2009.

Dated this 29th day of July, 2009

_____
HON. SIM LAKE
United States Magistrate Judge